CITY of FORT SMITH, Arkansas  *v.*  Lee HACKLER,
Patricia Hackler, Judy W. Hartman
and Neil W. Hartman

04-1278                                    216 S.W.3d 603

Supreme Court of Arkansas
Opinion delivered November 10, 2005

[Rehearing denied December 15, 2005.*]

---

\* Brown, J., would grant rehearing.

*Daily & Woods, P.L.L.C.*, by: *Robert R. Briggs*, for appellant.

*Bagby Law Firm, P.A.*, by: *Philip A. Bagby*, for appellees.

JIM HANNAH, Chief Justice. The City of Fort Smith appeals the Crawford County Circuit Court's award of attorney's fees pursuant to Ark. Code Ann. § 18-15-605(b) (Repl. 2003) to landowners Lee and Patricia Hackler in an eminent-domain action. This is a companion case to *City of Fort Smith v. Carter*, 364 Ark. 100, 216 S.W.3d 594 (2005), which is also handed down today. In the *Carter* case, the circuit court denied the landowners' request for attorney's fees pursuant to § 18-15-605(b). The landowners cross-appealed, and we reversed and remanded, ordering the circuit court to determine the amount of attorney's fees due the landowners pursuant to § 18-15-605(b).

The arguments offered by the City in the instant case are the same arguments we rejected in the *Carter* case. Accordingly, we deem it unnecessary to reiterate in the instant case what has been stated in the companion case bearing upon these arguments. Based upon our reasoning set forth in *City of Fort Smith v. Carter*, we hold that the circuit court did not err in awarding attorney's fees pursuant to Ark. Code Ann. § 18-15-605(b).

Affirmed.

BROWN, Justice, dissents. I would reverse for many of the reasons set forth in my dissent in *City of Fort Smith v. Carter*, 364 Ark. 100, 216 S.W.3d. 594 (2005).